1 | Peter J. Ferguson, State Bar No. 108297
FERGUSON, PRAET & SHERMAN
2 | A Professional Corporation
1631 East 18th Street
3 | Santa Ana, CA 92705-7101
(714) 953-5300
4
Attorneys for Defendants City of Banning and Terry Ford

FILED
CLERK, U.S. DISTRICT COURT
JAN 12 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER HAGANS, III, | USDC 96-9008 CBM (JGx) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST DEFENDANTS TERRY FORD AND MARSHALL PALMER** |
| v. | |
| CITY OF BANNING, A Municipal Corporation, MARSHAL PALMER, individually and as a peace officer, TERRY FORD, individually and as a peace officer, and DOES 1 through 100, inclusive, | |
| Defendants. | |

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 13 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS HEREBY STIPULATED by and between the parties and through their respective counsel with a request that pursuant to Local Rule 18.5, the Court approve and order:

///
///
///
///
///
///
///
///

DATED: 1-13-99

ENTERED ON ICMS 1-13-99

JAN 13 1999

1. That pursuant to F.R.Civ.P., Rule 41(a) and in accordance with Rule 23(e), this action be dismissed with prejudice against Defendants Terry Ford and Marshall Palmer, on behalf of Plaintiff, each party to bear their own costs and attorney's fees.

LAW OFFICES OF MINDY S. BISH

Dated: January _____, 1999      By: _____
                                Mindy S. Bish, Attorneys for Plaintiff Cooper
                                Hagans, III

FERGUSON, PRAET & SHERMAN
A Professional Corporation

DATED: January _8_, 1999        By: _____
                                Peter J. Ferguson, Attorneys for Defendants City of
                                Banning and Terry Ford

EPSTEIN & ASSOCIATES

DATED: January _8_, 1999        By: _____
                                Jeff Epstein, Attorneys for Defendant Marshall
                                Palmer

**ORDER**

IT IS SO ORDERED:

JAN 12 1999

DATED: October ____, 1998       _____
                                The Honorable Consuelo B. Marshall
                                United States District Judge

2

1  |   1.   That pursuant to F.R.Civ.P., Rule 41(a) and in accordance with Rule 23(e), this
2  | action be dismissed with prejudice against Defendants Terry Ford and Marshall Palmer, on
3  | behalf of Plaintiff, each party to bear their own costs and attorney's fees.

|   |   |   | LAW OFFICES OF MINDY S. BISH |
|---|---|---|---|
| Dated: January 7, 1999 | By: | *Mindy Bish* (signature) | |
|   |   | Mindy S. Bish, Attorneys for Plaintiff Cooper Hagans, III | |
|   |   |   | FERGUSON, PRAET & SHERMAN<br>A Professional Corporation |
| DATED: January ___, 1999 | By: | _____ | |
|   |   | Peter J. Ferguson, Attorneys for Defendants City of Banning and Terry Ford | |
|   |   |   | EPSTEIN & ASSOCIATES |
| DATED: January ___, 1999 | By: | _____ | |
|   |   | Jeff Epstein, Attorneys for Defendant Marshall Palmer | |

**ORDER**

IT IS SO ORDERED:

DATED: October ___, 1998

_____
The Honorable Consuelo B. Marshall
United States District Judge

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Kim M. Bradley, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On January 8, 1999, I served the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST DEFENDANTS FORD AND PALMER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Mindy Bish, Esq.
LAW OFFICE OF MINDY S. BISH
26723 Diaz Drive
Saugus, CA 91350

Jeffrey Epstein
EPSTEIN & ASSOCIATES
6500 Wilshire Blvd., 16th
Los Angeles, CA 90048

Alison M. Turner, Esq.
GREINES, MARTIN, STEIN & RICHLAND
9601 Wilshire Boulevard, Suite 544
Beverly Hills, CA 90210-5215

XXX  (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 8, 1999, at Santa Ana, California.

Kim M. Bradley