Send Priority

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV96-9008 CBM                    Date:  5/19/99
Title:    Cooper Hagans, III v City of Banning, et al

================================================================
PRESENT:

THE HONORABLE CONSUELO B. MARSHALL

Joseph M. Levario            Carmen Reyes xxxxx
Courtroom Clerk              Court Recorder

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

        n/a                                     n/a


PROCEEDINGS:

On the Court's own motion, Pre Trial Conference is continued to June 28, 1999 at 2:30 PM; Trial is continued to July 27, 1999 at 10AM.


MINUTES FORM 11                        Initials of Deputy Clerk
CIVIL - GEN
                                       ENTERED ON ICMS MAY 19 1999

106.