UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cooper Hagans, III<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Banning, et al<br>　　　　Defendant. | Case No. CV 96-9008 CBM<br><br>ORDER OF DISMISSAL<br>UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party in this action.

DATED: June 29, 1999

　　　　　　　　　　　　　　　　Consuelo B. Marshall
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

✓ DOCKETED
✓ MLD COPY PTYS
＿ MLD NOTICE PTYS
✓ JS-6

JUN 3 0 1999